**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAYMOND HILL,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-5393** |
| | : | |
| **CHESTER COUNTY PRISON,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 5th day of March, 2026, upon consideration of Plaintiff Raymond Hill's

*pro se* Amended Complaint (ECF No. 11), it is **ORDERED** that:

1.      The Clerk of Court is **DIRECTED** to add the following Defendants to the docket:

the County of Chester, the Commonwealth of Pennsylvania, Correctional Officer Mills, and

Correctional Officer Woods.

2.      The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons

in the Court's Memorandum accompanying this Order.

3.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ John R. Padova, J.

_____

**JOHN R. PADOVA, J.**